PD-0885&0886-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 7:11:30 AM
Accepted 7/17/2015 2:42:42 PM
ABEL ACOSTA
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

————————◆————————

## No. 04-14-00878-CR
## No. 04-14-00879-CR

In the

Court of Appeals
for the
Fourth District of Texas
at San Antonio

————————◆————————

## No. 2013CR10841W
## No. 2013CR10842W

In the 437ᵗʰ District Court
Bexar County, Texas

————————◆————————

## MATTHEW DOUGLAS HAYES
*Appellant*

V.

## THE STATE OF TEXAS
*Appellee*

————————◆————————

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE
## PETITION FOR DISCRETIONARY REVIEW

————————◆————————

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with two felony offenses of aggravated robbery.

2. Appellant pled guilty to the charged offenses and submitted to a pre-sentence investigation. There was an agreement that the court's sentence could not exceed ten years confinement in the Institutional Division of the Texas Department of Criminal Justice. After a hearing was held, appellant was sentenced to seven years confinement in the Institutional Division of the Texas Department of Criminal Justice on September 9, 2014.

3. A motion for new trial was timely filed. It was overruled by operation of law. Appellant filed a notice of appeal and subsequently filed a brief with the Fourth Court of Appeals.

3. In a Per Curium decision, the Fourth Court of Appeals dismissed appellant's appeal for lack of jurisdiction on June 10, 2015.

4. By appellant's calculation, a petition for discretionary review would be due in this Court on July 10, 2015. However, CaseMail indicates that the petition is due on July 27, 2015.

5. Out of an abundance of caution, and in the event a mistake was made in calculating the time, appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until July 27, 2015, to file its petition for discretionary review.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until July 27, 2015.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on July 16, 2015, a copy of the foregoing was delivered to the following addresses:

Amanda Byrd
Amanda.Byrd@bexar.org
Bexar County District Attorney's Office

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

**/s/MANDY MILLER**

3